UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                    :
TRUSTEES OF THE NEW YORK CITY DISTRICT          :
COUNCIL OF CARPENTERS PENSION FUND,             :
WELFARE FUND, ANNUITY FUND, AND                 :        26-CV-02078 (JAV) (RFT)
APPRENTICESHIP, JOURNEYMAN RETRAINING,          :
EDUCATIONAL AND INDUSTRY FUND, et al.           :        ORDER
                                                                    :
                            Plaintiffs,                          :
                                                                    :
              -v-                                               :
                                                                    :
SHERLAND & FARRINGTON, INC., et al.,            :
                                                                    :
                            Defendants.                      :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

By separate Order today, the Court is referring this case to the assigned Magistrate Judge for general pretrial purposes to manage scheduling, discovery, non-dispositive pretrial motions and settlement matters.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  Any appeal from a Magistrate Judge's decision following consent is directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, by no later than **April 27, 2026**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, which is available at https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings

will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter by no later than **April 27, 2026**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: April 13, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge