UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND et. al., | 26-CV-02078 (JAV) (RFT) |
| Plaintiff, | **INITIAL CASE MANAGEMENT CONFERENCE ORDER** |
| -against- | |
| SHERLAND & FARRINGTON, INC., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 7, 2026, Plaintiff filed a proposed case management plan (ECF 15). However, the proposed case management plan was not dated or signed by Defendant's counsel. The parties are ordered to re-file their proposed case management plan, dated and with signatures from all parties, by the original deadline of **May 13, 2026**.

DATED:  May 8, 2026        SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**