UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND et. al.,

Plaintiffs,

-against-

SHERLAND & FARRINGTON, INC.,

Defendant.

26-CV-2078 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court thanks the parties for their latest status update. All deadlines are stayed through **November 13, 2026**. On that date, the parties shall file another joint status update.

The Clerk of Court is respectfully requested to terminate ECF 31.

DATED: October 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**